Barry I. Levy (BL 2190)
Michael A. Sirignano (MS 5263)
Michael Vanunu (MV 4167)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co, GEICO General Insurance Company and GEICO Casualty Co.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
COMPANY,

                    Plaintiffs,

     -against-

TREMONT DIAGNOSTIC IMAGING, P.C. d/b/a BRONX
IMAGING NYC, CHARLES J. DEMARCO, M.D., AAA
MANAGEMENT NYC LLC, ALBERT FOOZAILOV,
JOSEPH STERN and JOHN DOE DEFENDANTS 1-10,

                    Defendants.
-----------------------------------------------------------------X

Docket No.:_____ (      )

**RULE 7.1 DISCLOSURE STATEMENT**

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company hereby certifies as follows: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (non-governmental corporate parties) are wholly owned subsidiaries of GEICO Corporation which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

Dated: September 10, 2019
      Uniondale, New York

                                        RIVKIN RADLER LLP

                                        By: _____
                                              Barry I. Levy (BL 2190)
                                              Michael A. Sirignano (MS 5263)
                                              Michael Vanunu (MV 4167)
                                      926 RXR Plaza
                                      Uniondale, New York 11556
                                      (516) 357-3000

                                      *Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co, GEICO General Insurance Company and GEICO Casualty Co.*

4328308 v1