UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

        Docket No.: 19-cv-05158

        Plaintiffs,

   -against-

TREMONT DIAGNOSTIC IMAGING, P.C. d/b/a
BRONX IMAGING NYC, CHARLES J. DEMARCO,
M.D., AAA MANAGEMENT NYC LLC, ALBERT
FOOZAILOV, JOSEPH STERN and JOHN DOE
DEFENDANTS 1-10,

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY, in the above-titled action.

Dated:     Uniondale, New York
             September 17, 2019

                              RIVKIN RADLER LLP

                   By:   /s/ *Barry I. Levy*
                              Barry I. Levy
                              926 RXR Plaza
                              Uniondale, New York 11556-0926
                              RR File No. 005100-02831
                              Telephone:   (516) 357-3000
                              Facsimile:    (516) 357-3333