UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY

Docket No.19-cv-05158 (KAM)(SMG)

*Plaintiff,*

**NOTICE OF APPEARANCE**

-*against*-

TREMONT DIAGNOSTIC IMAGING, P.C., d/b/a
BRONX IMAGING NYC, CHARLES DEMARCO,
M.D., AAA MANAGEMENT NYC LLC, ALBERT
FOOZAILEV, JOSEPH STERN, and JOHN DOE
DEFENDANTS 1-10

*Defendants*
-----------------------------------------------------------x

TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this court and request that you note my appearance in this action on behalf of the defendants AAA MANAGEMENT NYC LLC, ALBERT FOOZAILEV, JOSEPH STERN

Dated: November 22, 2019
New York, NY

KUTNER FRIEDRICH, LLP

BY: _____
Charles E. Kutner (CK8360)
950 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 308-0210
Fax: (212) 308-0213

1