

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

January 28, 2020

**By ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Government Employees Insurance Company et al v. Tremont Diagnostic Imaging, P.C. et al
> Docket No.: 1:19-cv-05158-KAM-SMG

Dear Magistrate Judge Gold:

I write on behalf of all parties in this action.

Over the past 30 days, the parties have made substantial progress towards reaching a settlement of this action, and are working to finalize the remaining opening issues. Counsel collectively believe that this can be accomplished in the next 30 days and would, therefore, request that initial conference that is currently scheduled for January 30, 2020, be adjourned to February 27, 2020 or February 28, 2020, subject to the Court's schedule.

The Court's attention to this matter is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy, Esq.*

Barry I. Levy

cc: All counsel via ECF

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777