# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: April 30, 2020

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s)   n/a    defendant(s)   n/a

3. Number of depositions by plaintiff(s) of:    parties 4    non-parties 6

4. Number of depositions by defendant(s) of:    parties 2    non-parties 6

5. Date for completion of factual discovery: February 28, 2021

6. Number of expert witnesses of plaintiff(s):    2 medical   2 non-medical

    Date for expert report(s):   April 15, 2021

7. Number of expert witnesses of defendant(s):    2 medical   2 non-medical

    Date for expert reports(s):   April 15, 2021

8. Date for completion of expert discovery: June 1, 2021

9. Time for amendment of the pleadings by plaintiff(s) or by defendant(s): December 1, 2020

10. Number of proposed additional parties to be joined by plaintiff(s) and by defendant(s) and time for completion of joinder: December 31, 2020

11. Types of contemplated dispositive motions: Not yet known

    Plaintiff(s):

    Defendant(s):

12. Dates for filing contemplated dispositive motions: If required

    Plaintiff(s):   July 1, 2021

    Defendant(s): July 1, 2021

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference: Not at this time.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference: Not at this time.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)

    _____ Yes     _____ No