

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

May 1, 2020

**By ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Government Employees Insurance Company et al v. Tremont Diagnostic Imaging, P.C. et al
> Docket No.: 1:19-cv-05158-KAM-SMG

Dear Magistrate Judge Gold:

I write on behalf of all parties in this action. The parties are very close to finalizing a settlement. I am waiting to hear back from Mr. Zimmerman on an open point, but he has not been available because of a personal emergency. Mr. Kutner is waiting for confirmation from one of his clients, who is presently incarcerated. We hope to finalize this early next week.

Thank you for your attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy, Esq.*

Barry I. Levy

cc: All counsel via ECF

9 Thurlow Terrace          21 Main Street, Court Plaza South      477 Madison Avenue           2649 South Road
Albany, NY 12203-1005      West Wing, Suite 158                   New York, NY 10022-5843      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199   Hackensack, NJ 07601-7021         T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                           T 201.287.2460 F 201.489.0495

4820514.v2