UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                Plaintiffs,

    -against-

TREMONT DIAGNOSTIC IMAGING, P.C. d/b/a
BRONX IMAGING NYC, CHARLES J. DEMARCO,
M.D., AAA MANAGEMENT NYC LLC, ALBERT
FOOZAILOV, JOSEPH STERN and JOHN DOE
DEFENDANTS 1-10,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:19-cv-05158(KAM)(SMG)

## **STIPULATION OF DISMISSSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs") and counsel for Defendants, Tremont Diagnostic Imaging, P.C. d/b/a Bronx Imaging NYC, Charles J. DeMarco, M.D., AAA Management, Inc., Joseph Stern and Albert Foozailov (collectively, "Defendants") as follows: (i) all claims asserted in this action against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1), and (ii) Plaintiffs and Defendants shall each bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action. For purposes of this stipulation, facsimile or electronic signatures shall be treated as originals.

Dated: July 27, 2020

| | |
|---|---|
| RIVKIN RADLER LLP | ZIMMERMAN LAW, P.C. |
| By: /s/ Barry I. Levy | By: /s/ Michael Zimmerman |
| Barry I. Levy, Esq. | Michael Zimmerman, Esq. |
| 926 RXR Plaza | 315 Walt Whitman Road - Suite 215 |
| Uniondale, New York  11556-0926 | Huntington Station, New York  11746 |

RIVKIN RADLER LLP

By: /s/ Barry I. Levy
Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York  11556-0926

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

KUTNER FRIEDRICH, LLP


By: /s/ Charles Kutner
Charles Kutner, Esq.
950 Third Avenue - 11th Floor
New York, New York  10022

*Counsel for Defendants, AAA Management, Inc., Joseph Stern and Albert Foozailov*

ZIMMERMAN LAW, P.C.

By: /s/ Michael Zimmerman
Michael Zimmerman, Esq.
315 Walt Whitman Road - Suite 215
Huntington Station, New York  11746

*Counsel for Defendants, Tremont Diagnostic Imaging, P.C. d/b/a Bronx Imaging NYC and Charles J. DeMarco, M.D.*